# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

157883

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRIAN CHRISTOPHER PATRICK,
      Defendant-Appellant.

SC: 157883
COA: 332128
Macomb CC: 2014-004084-FC

_____/

On order of the Court, the application for leave to appeal the April 10, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

t0225